بسم الله الرحمن الرحيم

24-196
Tony

Clerk of the Court,                     6/11/25

I transferred from USP Hazelton to FCI McDowell on March 26, 2025. I still have not received my property and have no way of learning the number of my case, but it was In re: Zachary Chesser. Prior to my transfer, the Fourth Circuit granted my successive 2255 petition for authorization. It has been a number of months since it was granted, but I've received no indication my 2255 was actually transferred to the district court.

Has this happened?

If not, do I need to do something?

If I do not need to do anything, then I'd really appreciate any expedition of this process, as it is reasonably likely that each day of delay represents an extra day in prison for protected speech and charges of which I am genuinely innocent.

Thank you,

Zachary Chesser
#76715-083
Federal Correctional Institution
P.O. Box 1009
Welch, WV 24801

P.S. Please note the change of address.

RECEIVED
2025 JUN 23 P 2:20
U.S. COURT OF APPEALS
FOURTH CIRCUIT

Zachary Chesser
76715-083
Federal Correctional Institution
P.O. Box 1000
Welch, WV 24801

Legal Mail

Clerk of the Court
Fourth Circuit
1100 E Main St
Richmond, VA 23219-3525