## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

June 24, 2025

_____

NOTICE

_____

No. 24-196,    In re: Zachary Chesser
                1:10-cr-00395-LO-1

TO: Zachary Chesser

     The clerk's office has received your letter regarding the status of your case. Enclosed you will find a courtesy copy of the order granting the motion for leave to file a successive habeas application. A copy of this order was sent to the district court when it was entered on February 28, 2025. All inquiries as to further proceedings should be directed to the district court.

Tony Webb, Deputy Clerk
804-916-2702